# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

## Tampa Division

| | | |
|---|---|---|
| MARK MOYAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 8:23-cv-01581 |
| | * | |
| DEPARTMENT OF DEFENSE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ERRATA**

Upon review of the filed copies of the Complaint and its accompanying exhibits, the undersigned discovered that certain pages of the exhibit filed as Dkt. #1-2 had been rotated. A corrected version of that exhibit is attached.

Date:  July 15, 2023

                                               Respectfully submitted,

                                               /s/ Elizabeth E. Bourdon
                                               Elizabeth E. Bourdon, B.C.S.
                                               FL Bar #946591
                                               435 North Orange Avenue
                                               Suite 400
                                               Orlando, FL  32801
                                               407-797-1012
                                               bbourdon@me.com

                                               *Lead Counsel for Plaintiff*