UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**Tampa Division**

MARK MOYAR,

    Plaintiff,

v.      Civil Action No. 8:23-cv-01581 (CEH) (AAS)

DEPARTMENT OF DEFENSE,

    Defendant.

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff hereby gives notice that he is voluntarily dismissing this action as moot in light of Defendant's approval of his manuscript for publication.

Date: October 5, 2023

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
*Pro hac vice*
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*