# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

MARK MOYAR,

     Plaintiff,

v.                                                                  Case No: 8:23-cv-1581-CEH-AAS

DEPARTMENT OF DEFENSE,

     Defendant.

_____

## ORDER

This cause comes before the Court on Plaintiff Mark Moyar's Notice of Voluntary Dismissal (Doc. 12). In the Notice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his claims.

In accord with the Notice of Voluntary Dismissal, it is **ORDERED:**

1) This cause is dismissed, without prejudice.

2) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on October 5, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties